```
              UNITED STATES DISTRICT COURT
               MIDDLE DISTRICT OF FLORIDA
                     TAMPA DIVISION
```

GREAT AMERICAN ASSURANCE COMPANY,

      Plaintiff,

v.                          CASE NO:  8:10-cv-2568-T-33AEP

SANCHUK, LLC, et al.,

      Defendants.
_____/

**ORDER**

This cause comes before the Court pursuant to Plaintiff Great American's Motion to Dismiss the Counterclaim by Sanchuk and Elliott (Doc. # 16). Defendants Sanchuk and Elliott failed to file a response thereto as required by Local Rule 3.01(b).

Great American seeks to have Counts I-IV of Defendants' counterclaim dismissed for failure to state a claim as a matter of law. Defendants' failure to oppose the motion to dismiss raises an inference that there is no objection to the motion. See Freshwater v. Shiver, No. 6:05-cv-756-ORL19DAB, 2005 WL 2077306, at *2 (M.D. Fla. Aug. 29, 2005).

Having considered the motion and being otherwise fully advised, the Court finds that the motion is due to be granted for the reasons set forth therein.

Accordingly, it is

**ORDERED, ADJUDGED,** and **DECREED:**

Plaintiff Great American's Motion to Dismiss the Counterclaim by Sanchuk and Elliott (Doc. # 16) is **GRANTED**. Counts I-IV of Defendants' counterclaim (Doc. # 9) are hereby **DISMISSED**.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this 13th day of June, 2011.

_____
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies:

All Counsel of Record